IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MAURICE SANDERS                                            PLAINTIFF

       v.                Civil No. 04-5231

THE CITY OF FAYETTEVILLE,
ARKANSAS                                                DEFENDANT

O R D E R

Now on this 23d day of December, 2005, comes on for consideration defendant's **Motion For Summary Judgment** (document #58). Plaintiff has made no response to this motion, and under ordinary circumstances the Court would take it up on the basis of the submissions of the defendant. The Court takes into consideration, however, that plaintiff is acting *pro se*, and that while he has an obligation to observe the same procedural rules as any other litigant, he may perhaps not know those rules, or even know there are such rules. The Court will, therefore, direct plaintiff to file any desired response to this motion on or before January 15, 2006, and points out that both Federal Rule of Civil Procedure 56 and Local Rule 56.1 bear on what is required in any such response. Copies of both rules are attached to this Order.

The Court also takes this opportunity to direct plaintiff to confine his submission to the narrow issue now before the Court: whether the City of Fayetteville violated his right to equal protection of the law in connection with the enforcement of the City Code and certain applications for building permits. Any

response to plaintiff's Motion For Summary Judgment should address this issue, and not include either argument or citations of authority pertaining to other issues which have been dismissed, no matter how passionately plaintiff interests himself in those issues.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 2 3 2005

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK