**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**MAURICE SANDERS**                                             **PLAINTIFF**

      **v.**              **Civil No. 04-5231**

**THE CITY OF FAYETTEVILLE,**
**ARKANSAS**                                                         **DEFENDANT**

## JUDGMENT

Now on this 30th day of January, 2006, comes on for consideration defendant's **Motion For Summary Judgment** (document #58), and for the reasons set forth in a Memorandum Opinion entered contemporaneously herewith, the motion was granted. That being the case, this matter is **dismissed with prejudice**.

    **IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**